IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| ERENNE COATS and JUSTIN SMITH, individually and on behalf of all other similarly situated persons, | PLAINTIFFS |
| v. | CASE NO. 3:22-cv-00019-MPM-RP |
| WILLIAMS-SONOMA, INC. and WILLIAMS-SONOMA DIRECT, INC. | DEFENDANTS |

### JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

Plaintiffs Erenne Coats and Justin Smith (the "Named Plaintiffs") and Defendants Williams-Sonoma, Inc. and Williams-Sonoma Direct, Inc. ("Williams-Sonoma" or "Defendants") (collectively "the Parties") hereby respectfully move the Court for approval of their proposed settlement of this Fair Labor Standards Act ("FLSA") collective action seeking compensation for alleged unpaid wages and for an order dismissing the case with prejudice.

In support of their Joint Motion, the Parties respectfully submit that the settlement is a fair, adequate, and reasonable resolution of the Parties' bona fide dispute as to liability and damages under the FLSA and appropriately balances the viability of Plaintiffs' claims and the risks inherent in further litigation in light of the defenses asserted by Defendants.

In support of their Joint Motion, the Parties rely upon the contemporaneously filed Memorandum in Support of this Motion ("Memorandum"). At Defendants' request, the Parties are submitting their proposed Settlement Agreement for *in camera* review by the Court.

**WHEREFORE**, the Parties jointly and respectfully request that this Court review the proposed settlement and approve the Parties' settlement agreement and the distribution of the settlement amount to Plaintiffs in full as described above and as set forth in the Settlement Agreement. Furthermore, the Parties jointly request that the Court award as reasonable the attorneys' fees and litigation costs in the amount requested in the Settlement Agreement. Finally, the Parties jointly request that this action be dismissed with prejudice upon the Court's entry of an order approving the settlement. However. as discussed in the Memorandum, in order to comply with the provisions of the Class Action Fairness Act of 2005 ("CAFA"), the Parties request that the Court not issue an order approving the settlement any earlier than June 5, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ William B. Ryan* | */s/ Matthew G. Gallagher* |
| William B. Ryan (MS Bar No. 99667) | Matthew G. Gallagher (MS Bar No. 103159) |
| DONATI LAW, PLLC | LITTLER MENDELSON, P.C. |
| 1545 Union Avenue | 3725 Champion Hills Drive, Suite 3000 |
| Memphis, TN 38104 | Memphis, TN 38125 |
| Telephone: (901) 278-1004 | Telephone: (901) 795-6695 |
| Facsimile: (901) 278-3111 | Facsimile: (901) 881-4333 |
| Email: Billy@donatilaw.com | Email: mgallagher@littler.com |
| | |
| Matt Dunn (*pro hac vice*) | Joshua B. Waxman (*pro hac app. pending*) |
| GETMAN, SWEENEY & DUNN, PLLC | LITTLER MENDELSON, P.C. |
| 260 Fair Street | 815 Connecticut Avenue, N.W., Suite 400 |
| Kingston, NY 12401 | Washington, DC 20006 |
| Telephone: (845) 255-9370 | Telephone: (202) 789-3406 |
| Facsimile: (845) 255-8649 | Facsimile: (202) 842-0011 |
| Email: mdunn@getmansweeney.com | Email: jwaxman@littler.com |
| | |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS WILLIAMS-SONOMA, INC. AND WILLIAMS-SONOMA DIRECT, INC. |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and exact copy of the foregoing Joint Motion for Approval of FLSA Settlement has been served, via electronic mail, through the Court's Electronic Case Filing System, this 7th day of March 2023, upon the following:

William B. Ryan (MS Bar No. 99667)
Donati Law, PLLC
1545 Union Avenue
Memphis, TN 38104
Telephone: (901) 278-1004
Facsimile: (901) 278-3111
Email: Billy@donatilaw.com

Matt Dunn (*pro hac vice*)
Getman, Sweeney & Dunn, PLLC
260 Fair Street
Kingston, NY 12401
Telephone: (845) 255-9370
Facsimile: (845) 255-8649
Email: mdunn@getmansweeney.com

Attorneys for Plaintiffs

*/s/ Matthew G. Gallagher*