IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

ERENNE COATS and JUSTIN SMITH,     PLAINTIFFS
individually and on behalf of all other
similarly situated persons,

v.     CASE NO. 3:22-cv-00019-MPM-RP

WILLIAMS-SONOMA, INC. and
WILLIAMS-SONOMA DIRECT, INC.     DEFENDANTS

### ORDER ON THE PARTIES' JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND TO DISMISS ACTION WITH PREJUDICE

THIS MATTER came before the Court upon the Joint Motion for Approval of FLSA Settlement and to Dismiss Action with Prejudice (the "Motion") of Plaintiffs Erenne Coats and Justin Smith (the "Named Plaintiffs") and Defendants Williams-Sonoma, Inc. and Williams-Sonoma Direct, Inc. ("Williams-Sonoma" or "Defendants") (collectively "the Parties"). Having reviewed the Motion and all accompanying papers, including the Joint Stipulation and Settlement Agreement ("Settlement Agreement"), and the Court being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

The Joint Motion is GRANTED. The Court finds that the settlement reached by the Parties in this Fair Labor Standards Act action is fair, reasonable, and just.

1.     The Settlement Agreement is APPROVED in its entirety.

2.     The following FLSA collective is hereby certified for purposes of settlement only: Any and all non-exempt employees who worked in Williams-Sonoma's Olive Branch, Mississippi facility between December 5, 2021 and January 22, 2022, and who were not paid all wages for all hours worked, who are the individuals listed on Exhibit 1 of the Settlement Agreement.

3. The parties' agreed form of the Notice of Settlement, attached as Exhibit 2 to the Settlement Agreement, is hereby approved and issuance of the same to the Putative Collective Action Members by the Settlement Administrator is authorized.

4. The parties' agreed language indicating that by signing the check the Participating Collective Action Members acknowledge the release of claims set forth in the Settlement Agreement, attached as Exhibit 3 to the Settlement Agreement, is hereby approved and issuance of the same to the Putative Collective Action Members by the Settlement Administrator is authorized.

5. The Court approves the amounts of the settlement, the claims released by Participating Settlement Collective Members, the award of attorneys' fees and costs, and the General Release Award to be paid to Plaintiffs Coats and Smith, as set forth in the Settlement Agreement.

6. The Court approves and appoints Simpluris to serve as the Settlement Administrator in accordance with the terms of the Settlement Agreement and this Order.

7. All Participating Collective Action Members (as defined in the Settlement Agreement) shall be enjoined from proceeding against the Defendants for the released claims (as set forth in the Settlement Agreement) upon their consent to join this action by signing and negotiating a settlement check.

8. Each and every time period and provision of the Settlement Agreement shall be deemed incorporated herein as if expressly set forth and shall have the full force and effect of an Order of this Court.

9. To ensure compliance with the Class Action Fairness Act of 2005 ("CAFA"), irrespective of the date of the Court's signature below, this Order shall be deemed issued no earlier

than June 4, 2023, which is 90 days after the filing of the Motion and the Defendants' contemporaneous mailing of the notices required under CAFA to the appropriate governmental officials.

10. This Action is DISMISSED WITH PREJUDICE in its entirety and the Court hereby enters final JUDGMENT in this case.

11. Without affecting the finality of this Order in any way, this Court RETAINS JURISDICTION over the Parties to this action and the Settlement Administrator for the purpose of the administration and enforcement of the Settlement until the conclusion of the settlement administration process.

12. The case is closed.

SO ORDERED, this 23rd day of March, 2023.

_____
MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE